# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: admin | Date Created: 8/11/2022 |
| Case: 22–22507–shl | Form ID: 309E1 | Total: 9 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Gerasimos Stefanitsis | 234 Union Avenue | Harrison, NY 10528 | | |
| ust | United States Trustee | Office of the United States Trustee | U.S. Federal Office Building | 201 Varick Street, Room 1006 | New York, NY 10014 |
| aty | Lawrence Morrison | 87 Walker Street Floor 2 | New York, NY 10013 | | |
| smg | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 | | |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201–0551 | | |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205–0300 | |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor | New York, NY 10007 |
| 7961461 | INTERNAL REVENUE SERVICE | CENTRAL INSOLVENCY UNIT | PO BOX 7346 | PHILADELPHIA, PA 19101 | |
| 7961462 | NYS DEPT. OF TAX AND FIN. | BANKRUPTCY SECTION | PO BOX 5300 | ALBANY, NY 12205 | |

TOTAL: 9