| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------X<br>In re             :<br>Gerasimos Stefanitsis<br>                  :<br>                  :  <br>                  :<br>         Debtor.  :<br>-------------------------------------------------------X | 341 Meeting Date:   September 8, 2022<br>341 Meeting Time:   1:00 pm<br><br>Chapter 11<br><br>Case No. 22-22507 (SHL) |

**INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS**

The section 341 meeting of creditors for the above-captioned case(s) scheduled for **September 8, 2022 at 1:00 p.m.** (the "Designated Meeting Time") will be conducted by **telephone conference.**

All parties shall appear by phone at the section 341 meeting at the Designated Meeting Time in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

> Meeting Dial-in No:   877-459-4096, and
> when prompted enter the
> Participant Code: 6685886 followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded.  Thank you for you anticipated cooperation in this regard.

1

Dated: New York, New York
       August 12, 2022

                                    Respectfully submitted,

                                    WILLIAM K. HARRINGTON
                                  UNITED STATES TRUSTEE, REGION 2

By:    */s/ Paul K. Schwartzberg*
        Paul K. Schwartzberg
        Trial Attorney
        Office of the United States Trustee
        U.S. Federal Office Building
        201 Varick Street, Room 1006
        New York, NY 10014
        Tel. (212) 510-0500