| | |
|---|---|
| MORRISON TENENBAUM PLLC<br>*Counsel to the Debtor*<br>87 Walker Street, Floor 2<br>New York, New York 10013<br>Phone: 212-620-0938<br>Lawrence F. Morrison, Esq. | Hearing Date: September 27, 2022<br>Hearing Time: 10:00 AM |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| In re:<br>Gerasimos Stefanitsis,<br>　　　　　Debtor. | Chapter 11<br>Case No. 22-22507-shl |

---------------------------------------------------------------X

## NOTICE OF MOTION TO EXTEND TIME TO FILE SCHEDULES AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE,** that upon the annexed application dated August 15, 2022, the above-captioned debtor (the "**Debtor**"), by and through his undersigned counsel, will move this court before the Honorable Sean H. Lane, conducted via Zoom on the 27th day of September 2022, at 10:00 a.m. (prevailing Eastern Time), or as soon thereafter as counsel may be heard, for an entry of an Order extending the time of the Debtor to file their Attorney Disclosure Statement, Chapter 11 Income Form 122B, Declaration of Schedules, Schedules A/B, C, D, E/F, G, H, I, and J, Statement of Financial Affairs, Summary of Assets and Liabilities, and other missing documents (collectively, "Missing Documents"), and granting the Debtor such other and further relief as this Court may deem just and proper (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that all response or objections, if any, to the Application shall (i) be made in writing, (ii) conform to the Bankruptcy Rules and the Local Bankruptcy Rules for the Southern District of New York, (iii) set forth the basis for the objection and the specific grounds therefore, (iv) be filed with the Court with a copy delivered directly to the Chambers of the Honorable Sean H. Lane, United States Bankruptcy Judge, located at 300 Quarropas Street White Plains, NY 10601-4140, together with proof of service thereof, and (v)

shall be served in a manner so as to be received not later than 5:00 p.m. on September 20, 2022 by Morrison Tenenbaum PLLC, 87 Walker Street, Floor 2, New York, NY 10013 (Attn: Lawrence F. Morrison, Esq.)

Dated: New York, New York
      August 15, 2022

                                   MORRISON TENENBAUM PLLC

                                   By: _____
                                   Lawrence Morrison
                                   87 Walker Street, Floor 2
                                   New York, New York 10013
                                   Tel.: (212) 620-0938
                                   *Counsel for the Debtor*