# **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Gerasimos Stefanitsis,<br><br>Debtor. | Chapter 11<br><br>Case No.: 22-22507-shl |

**ORDER EXTENDING TIME THROUGH AUGUST 29, 2022, FOR
DEBTOR TO FILE ITS ATTORNEY DISCLOSURE STATEMENT, CHAPTER 11
INCOME FORM 122B. DECLARATION OF SCHEDULES, SCHEDULES A/B, C, D,
E/F, G, H, I, AND J, STATEMENT OF FINANCIAL AFFAIRS, SUMMARY OF ASSETS
AND LIABILIITES, AND OTHER MISSING DOCUMENTS**

Upon the motion of the Debtor, Gerasimos Stefanitsis, under Federal Rule of Bankruptcy Procedure 1007(c) to extend time for Debtor to file his Attorney Disclosure Statement, Chapter 11 Income Form 122B, Declaration of Schedules, Schedules A/B, C, D, E/F, G, H, I, and J, Statement of Financial Affairs, Summary of Assets and Liabilities, and other missing documents (collectively, "Missing Documents"); and no objections having been filed; and good and sufficient cause appearing to grant the relief requested in the Application; it is hereby and for cause show, it is hereby

**ORDERED,** that the Debtor is granted an extension to August 29, 2022 to file its missing Documents set forth above.