| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date: September 27, 2022<br>Hearing Time: 10:00 AM |

-----------------------------------------------------------------------X

In re:

Gerasimos Stefanitsis,

        Debtor.

Chapter 11

Case No. 22-22507-shl

-----------------------------------------------------------------------X

## NOTICE OF HEARING ON DEBTOR'S MOTION TO CONVERT THE CASE UNDER CHAPTER 11 TO A CASE UNDER CHAPTER 13

**PLEASE TAKE NOTICE**, that upon the annexed motion (the "Motion") of Gerasimos Stefanitsis, the above-captioned debtor ("Debtor"), by and through his counsel, Morrison Tenenbaum PLLC., will move this Court, before the Honorable Sean H. Lane, the United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street White Plains, NY 10601-41400 on September 27, 2022 at 10:00 a.m. or as soon thereafter as counsel may be heard, for an Order pursuant to section 1112 of title 11 of the United States Code (the "Bankruptcy Code") allowing the Debtor to convert the case under Chapter 11 to a case under Chapter 13, together with such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion shall be in writing, filed with the Court on its website at http://www.nyeb.uscourts.gov (Login and Password Required) (with a copy delivered directly to Chambers) and served upon the undersigned no later than seven (7) days prior to the hearing.

Dated:    New York, New York

            August 30, 2022

MORRISON TENENBAUM PLLC.

_____

By: Lawrence Morrison, Esq.
*Attorneys for the Debtor*
87 Walker Street, Floor 2
New York, New York 10013
T 212-620-0938
F 646-390-5095