# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 22-22507-shl |
| Gerasimos Stefanitsis, | |
| Debtor. | |

----------------------------------------------------------------------X

## ORDER CONVERTING THE CASE UNDER CHAPTER 11
## TO A CASE UNDER CHAPTER 13

Upon the motion (the "Motion") of Gerasimos Stefanitsis, the above-captioned debtor (the "Debtor"), by and through his counsel, Morrison Tenenbaum PLLC., for entry of an Order converting the case under Chapter 11 to a case under Chapter 13 of the Bankruptcy Code; and the Court having a hearing (the "Hearing") on September 27, 2022 at 10:00 a.m. to consider the requested relief; and upon the record of the Hearing; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED:**

1. The Motion is granted.

2. This case under Chapter 11 shall be converted to one under Chapter 13.

3. The Debtor shall file a plan and any necessary amendments, within fourteen (14) days of the date of entry of this Order, and subsequently transmit a copy to the Chapter 13 trustee as well as to the Office of the United States Trustee.