**DAVID A. GALLO & ASSOCIATES LLP**
Attorneys for Bank of America, N.A., as servicer for
THE BANK OF NEW YORK MELLON FKA
THE BANK OF NEW YORK AS TRUSTEE FOR
THE BENEFIT OF THE CERTIFICATE HOLDERS
OF THE CWALT, INC., ALTERNATIVE LOAN TRUST
2004-20T1, MORTGAGE PASS THROUGH CERTIFICATES,
SERIES 2004-20T1
Robyn E. Goldstein, Esq.
47 Hillside Avenue, 2nd Floor
Manhasset, NY 11030
(516) 583-5330

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (White Plains)

| | |
|---|---|
| In re:<br><br>Gerasimos Stefanitsis<br><br>Debtor. | Case No.: 22-22507-shl<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

**TO THE CLERK OF THE BANKRUPTCY COURT**

    **PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned Chapter 11 case on behalf of Bank of America, N.A., as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-20T1, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-20T1, secured creditor, and pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that all notices given or required to be given, and all papers served or required to be served in the above-captioned Chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions,

application, lists, schedules, statements and all other matters arising in this Chapter 11 case or in any related adversary proceeding be served upon:

> David A. Gallo & Associates LLP
> 99 Powerhouse Road, First Floor
> Roslyn Heights, NY 11577
> Attn:   Robyn E. Goldstein, Esq.
> Telephone Number: (516) 583-5330
> Facsimile: (516) 583-5333
> Email: rgoldstein@msgrb.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise, which affects the Debtor in the above-captioned Chapter 11 case or any property of the Debtor.  This appearance and request for notice is without prejudice to the rights remedies and claims of Bank of America, N.A., as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-20T1, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-20T1 against other entities or any objection by Bank of America, N.A., as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-20T1, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-20T1 that may be made to the subject matter jurisdiction of the Court or the propriety of the venue herein and shall not be deemed or construed to submit Bank of America, N.A., as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF

THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-20T1, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-20T1 to the jurisdiction of the Court.  All rights, remedies, and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

| | |
|---|---|
| Dated:  September 6, 2022<br>　　　　Nassau, New York | **DAVID A. GALLO & ASSOCIATES LLP**<br>Attorneys for Bank of America, N.A., as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-20T1, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-20T1<br>By:   /s/Robyn E. Goldstein<br>　　Robyn E. Goldstein, Esq.<br>　　47 Hillside Avenue, 2nd Floor<br>　　Manhasset, NY 11030<br>　　(516) 583-5330<br>　　(516) 583-5333 (Fax) |