## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Gerasimos Stefanitsis                    CASE NO.: 22–22507–cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER:  13
xxx–xx–2087

---

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Cecelia G. Morris on October 4, 2022 for administration. Please style all future captions with the appropriate judicial suffix (cgm ).

Dated: October 4, 2022                    Vito Genna
                                          Clerk of the Court