UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (White Plains)
-----------------------------------------------------------------X
In re:

Gerasimos Stefanitsis
aka Jerry Stephanitsis

                              Debtor.

Case No.: 22-22507-cgm
Chapter 13

Hearing Date: 12/7/2022
Time: 9:05 AM
Related Docket No. 31

-----------------------------------------------------------------X

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Bank of America, N.A., as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-20T1, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-20T1 (hereinafter "Movant"), a secured creditor in the instant Chapter 13 case by and through the undersigned attorneys, hereby submits this objection to the Debtor's Chapter 13 Plan filed October 19, 2022 [Docket No. 31] ("the Plan"), and in support thereof, represents and states as follows:

1. Movant is the holder of a mortgage (the "Mortgage") encumbering the real property situated at 228 Union Ave, Harrison, NY 10528 ("the Property").

2. On August 1, 2022 (the "Filing Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, et. seq. (the "Bankruptcy Code"). On October 4, 2022, the bankruptcy case converted to a chapter 13 and thereafter on October 19, 2022, the Debtor filed the Plan.

3. As of the Filing Date, the total arrears due to Movant are $6,724.59. On November 10, 2022, Movant timely filed their Proof of Claim which appears on the Claims Register as Claim No. 6.

4. As the Plan does not list any arrears as being owed to Movant, which amount is clearly insufficient to cure the arrears due, the Plan cannot be confirmed.

WHEREFORE, Bank of America, N.A., as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-20T1, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-20T1 respectfully requests that that the Court deny confirmation of the Plan in its current form, pursuant to 11 U.S.C. §1325.

Date: Nassau, New York
November 10, 2022

**David A. Gallo & Associates LLP**

*/s/ Robyn E. Goldstein*
By: **Robyn E. Goldstein, Esq.**
Attorneys for Secured Creditor
47 Hillside Avenue, 2nd Floor
Manhasset, NY 11030
(516) 583-5330

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (White Plains)
-------------------------------------------------------------------X
In re:

                                                                Case No.: 22-22507-cgm
Gerasimos Stefanitsis                                  Chapter 13
aka Jerry Stephanitsis

                              Debtor.
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE BY MAIL

STATE OF NEW YORK, COUNTY OF NASSAU) ss.:

      The undersigned being duly sworn deposes and says:    Deponent is not a party to the action is over 18 years of age and resides in Nassau County, New York.

That on November 10, 2022, deponent served the within **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN,** by mailing and/or emailing a copy to each of following persons at the last known address of the Parties listed on the attached service list.

                                                */s/ Catherine Galiano*
                                                Catherine Galiano, Bankruptcy Paralegal
                                                **David A. Gallo & Associates LLP**
                                                Date: November 10, 2022


Sworn to before me this 10th day of November, 2022

*/s/ David A. Gallo*
Notary Public, State of New York
No. 02GA4749312
Qualified in Nassau County
Commission Expires February 28, 2026

# SERVICE LIST
Case No.: 22-22507-cgm

*Debtor*
Gerasimos Stefanitsis
234 Union Avenue
Harrison, NY 10528

**Lawrence Morrison**
Email: lmorrison@m-t-law.com

*Trustee*
**Krista M. Preuss**
Email: info@ch13kp.com

*U.S. Trustee*
**United States Trustee**
Email: USTPRegion02.NYECF@USDOJ.GOV