**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION**

| | |
|---|---|
| IN RE: | Case No. 22-22507-cgm |
| | Chapter 13 |
| Gerasimos Stefanitsis aka Jerry Stephanitsis | |
| Debtor(s). | |

**NOTICE OF APPEARANCE**

**REAL TIME RESOLUTIONS, INC., AS AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-N**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 5812821
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

# **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY, under the penalty of perjury, that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 5th day of December, 2022, to the following:

Lawrence Morrison
87 Walker Street Floor 2
New York, NY 10013
lmorrison@m-t-law.com
*Attorney for Debtor(s)*


Krista M. Preuss
399 Knollwood Road
White Plains, NY 10603
info@ch13kp.com
*Chapter 13 Trustee*


United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
ustpregion02.br.ecf@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Gerasimos Stefanitsis aka Jerry Stephanitsis
234 Union Avenue
Harrison, NY 10528

*Debtor(s)*


                                                    By:       /s/ Steven K. Eisenberg
                                                                     Steven K. Eisenberg, Esquire