UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X          Chapter 13
IN RE:                                                                                  Case No: 22-22507 (CGM)

**Gerasimos Stefanitsis
aka Jerry Stephanitsis,**

                        Debtor.
-----------------------------------------------------------X

## ORDER TO SHOW CAUSE DIRECTING
## DEBTOR'S COUNSEL AND DEBTOR TO APPEAR

      Debtor, by counsel Lawrence Morrison, Esq. ("Counsel"), commenced this voluntary Chapter 11 case on June 1, 2022 which was thereafter converted to Chapter 13 on October 4, 2022.  A hearing to consider Trustee's Motion to Dismiss (Docket # 41) was held on December 7, 2022 and the Trustee's staff attorney Tom Frost, Esq. appeared and Robert Dakis, Esq. appeared for Counsel's firm on behalf of the Debtor. The Court noted that the 2016(b) Statement shows that the source of the $15,000 pre-petition compensation received by Counsel was an unspecified third party.  Upon inquiry by the Court, the payment was allegedly received from one of Debtor's businesses which was not disclosed in the petition/schedules of this case.  The Trustee's Motion to Dismiss was granted and the Court indicated it would retain jurisdiction over Counsel's compensation and 2016(b) Statement concerns and issue the instant Order to Show Cause.

      Upon the foregoing, it is hereby

      **ORDERED**, that attorney Lawrence Morrison, Esq. and the Debtor Gerasimos Stefanitsis aka Jerry Stephanitsis shall appear **VIA ZOOM on February 22, 2023 at 9:00 A.M.** before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, at the United States Bankruptcy Court and show cause why his fees should not be disgorged for the inadequate disclosure of pre-petition compensation on the 2016(b) Statement, as well as the propriety and reasonableness of the fees in question pursuant to 11 U.S.C. 105, 329, 330 and Federal Rules of Bankruptcy Procedure 2016 & 2017,; and it is further,

**ORDERED**, that Counsel file an affirmation on the docket of this case containing the complete details of the transaction surrounding the payment of the $15,000 pre-petition fees, including but not limited to, the identity of the third party, and the nature of the relationship between this third party and Debtor and, any relationship between the third party and Counsel or his Firm; and it is further

**ORDERED**, in accordance with this Court's Zoom Court hearing procedures, Counsel is required to register his appearance at **https:// ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl**  at least 48 hours before the scheduled hearing.



Dated: December 15, 2022
Poughkeepsie, New York

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge