**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Gerasimos Stefanitsis<br> aka   Jerry Stephanitsis | CASE NO.: 22−22507−cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−2087 | CHAPTER: 13 |

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Cecelia G. Morris in this Chapter 13 case.

Gerasimos Stefanitsis was dismissed from the case on December 15, 2022 .

Dated: December 15, 2022                    Vito Genna
                                            Clerk of the Court

United States Bankruptcy Court

Southern District of New York

In re:  Case No. 22-22507-cgm

Gerasimos Stefanitsis  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-7  User: admin  Page 1 of 3
Date Rcvd: Dec 15, 2022  Form ID: 131  Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerasimos Stefanitsis, 234 Union Avenue, Harrison, NY 10528-1605 |
| 7967899 | + | Bank of America, N.A., as servicer for THE BANK OF, c/o David A. Gallo & Associates LLP, 47 Hillside Avenue, 2nd Floor, Manhasset, NY 11030-2229 |
| 7968401 | + | David A. Gallo & Associates LLP, 99 Powerhouse Road, First Floor, Roslyn Heights, NY 11577-2081 |
| 7977617 | + | Gregory Zapantis, c/o Morris Schlaf, c/o Sacco & Fillas, LLP, 31-19 Newtown Avenue, 7th Floor Astoria, NY 11102-1392 |
| 7977571 | + | Gregory Zapantis, c/o Sacco & Fillas, LLP, c/o Zachary Scott Kaplan, 31-19 Newtown Avenue, 7th Floor Astoria, NY 11102-1392 |
| 7977603 | + | Gregory Zapantis, c/o Zachary Scott Kaplan, c/o Sacco & Fillas, LLP, 31-19 Newtown Avenue, 7th Floor Astoria, NY 11102-1392 |
| 7986073 | + | REAL TIME RESOLUTIONS, INC., et al, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 15 2022 19:07:00 | N.Y. State Dept. Of Taxation And Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Dec 15 2022 19:07:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Dec 15 2022 19:07:00 | New York City Department of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 15 2022 19:07:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Dec 15 2022 19:07:00 | Parking Violations Bureau, 210 Joralemon Avenue, Brooklyn, NY 11201-3743 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Dec 15 2022 19:07:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| smg | | Email/Text: DPS-CivilBankruptcy@westchestergov.com | Dec 15 2022 19:07:00 | Westchester County Sheriff's Dept., Room L 217, 110 Dr. Martin Luther King Blvd., White Plains, NY 10601-2519 |
| 7972682 | | EDI: BANKAMER.COM | Dec 16 2022 00:13:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 7961461 | + | EDI: IRS.COM | Dec 16 2022 00:13:00 | INTERNAL REVENUE SERVICE, CENTRAL INSOLVENCY UNIT, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 7965363 | | EDI: JPMORGANCHASE | Dec 16 2022 00:13:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 7961462 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 15 2022 19:07:00 | NYS DEPT. OF TAX AND FIN., BANKRUPTCY SECTION, PO BOX 5300, |

| District/off: 0208-7 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: 131 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| 7963916 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | | Dec 15 2022 19:07:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| | | | | ALBANY, NY 12205-0300 |
| 7974970 | Email/Text: bkdepartment@rtresolutions.com | | Dec 15 2022 19:07:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | *+ | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

**Name**            **Email Address**

Enid Nagler Stuart
on behalf of Creditor New York State Department Of Taxation and Finance enid.stuart@ag.ny.gov  leo.gagion@ag.ny.gov

Krista M. Preuss
info@ch13kp.com  kpreuss13@ecf.epiqsystems.com

Lawrence Morrison
on behalf of Debtor Gerasimos Stefanitsis lmorrison@m-t-law.com
info@m-t-law.com;r65639@notify.bestcase.com;scheduling@m-t-law.com;staylor@m-t-law.com

Morris Schlaf
on behalf of Creditor Gregory Zapantis mschlaf@saccofillas.com  mschlaf@recap.email

Peter Adel Lawrence, I
on behalf of Creditor REAL TIME RESOLUTIONS  INC., AS AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING plawrence@sterneisenberg.com, BKECF@sterneisenberg.com

Robyn E Goldstein
on behalf of Creditor Bank of America  N.A., as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-20T1, rgoldstein@msgrb.com,
robyngoldstein@hotmail.com;cgaliano@msgrb.com;cellis@msgrb.com

Steven K Eisenberg
on behalf of Creditor REAL TIME RESOLUTIONS  INC., AS AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

District/off: 0208-7 User: admin Page 3 of 3
Date Rcvd: Dec 15, 2022 Form ID: 131 Total Noticed: 20

United States Trustee
    USTPRegion02.NYECF@USDOJ.GOV

Zachary Scott Kaplan
    on behalf of Creditor Gregory Zapantis zkaplan@saccofillas.com

TOTAL: 9