UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X    Chapter 13
IN RE:                                                                                  Case No: 22-22507 (CGM)

**Gerasimos Stefanitsis**
**aka Jerry Stephanitsis,**
                                                    Debtor.
-----------------------------------------------------------X

## ORDER TO SHOW CAUSE DIRECTING
## DEBTOR'S COUNSEL AND DEBTOR TO APPEAR

     Debtor, by counsel Lawrence Morrison, Esq. ("Counsel"), commenced this voluntary Chapter 11 case on June 1, 2022 which was thereafter converted to Chapter 13 on October 4, 2022. A hearing to consider Trustee's Motion to Dismiss (Docket # 41) was held on December 7, 2022 and the Trustee's staff attorney Tom Frost, Esq. appeared and Robert Dakis, Esq. appeared for Counsel's firm on behalf of the Debtor. The Court noted that the 2016(b) Statement shows that the source of the $15,000 pre-petition compensation received by Counsel was an unspecified third party. Upon inquiry by the Court, the payment was allegedly received from one of Debtor's businesses which was not disclosed in the petition/schedules of this case. The Trustee's Motion to Dismiss was granted and the Court indicated it would retain jurisdiction over Counsel's compensation and 2016(b) Statement concerns and issue the instant Order to Show Cause.

     Upon the foregoing, it is hereby

     **ORDERED**, that attorney Lawrence Morrison, Esq. and the Debtor Gerasimos Stefanitsis aka Jerry Stephanitsis shall appear **VIA ZOOM on February 22, 2023 at 9:00 A.M.** before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, at the United States Bankruptcy Court and show cause why his fees should not be disgorged for the inadequate disclosure of pre-petition compensation on the 2016(b) Statement, as well as the propriety and reasonableness of the fees in question pursuant to 11 U.S.C. 105, 329, 330 and Federal Rules of Bankruptcy Procedure 2016 & 2017,; and it is further,

**ORDERED**, that Counsel file an affirmation on the docket of this case containing the complete details of the transaction surrounding the payment of the $15,000 pre-petition fees, including but not limited to, the identity of the third party, and the nature of the relationship between this third party and Debtor and, any relationship between the third party and Counsel or his Firm; and it is further

**ORDERED**, in accordance with this Court's Zoom Court hearing procedures, Counsel is required to register his appearance at **https:// ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl**   at least 48 hours before the scheduled hearing.



Dated: December 15, 2022
Poughkeepsie, New York

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 22-22507-cgm |
| Gerasimos Stefanitsis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0208-7 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: pdf001 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerasimos Stefanitsis, 234 Union Avenue, Harrison, NY 10528-1605 |
| cr | + | REAL TIME RESOLUTIONS, INC., AS AGENT FOR THE BANK, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 7967899 | + | Bank of America, N.A., as servicer for THE BANK OF, c/o David A. Gallo & Associates LLP, 47 Hillside Avenue, 2nd Floor, Manhasset, NY 11030-2229 |
| 7968401 | + | David A. Gallo & Associates LLP, 99 Powerhouse Road, First Floor, Roslyn Heights, NY 11577-2081 |
| 7977617 | + | Gregory Zapantis, c/o Morris Schlaf, c/o Sacco & Fillas, LLP, 31-19 Newtown Avenue, 7th Floor Astoria, NY 11102-1392 |
| 7977571 | + | Gregory Zapantis, c/o Sacco & Fillas, LLP, c/o Zachary Scott Kaplan, 31-19 Newtown Avenue, 7th Floor Astoria, NY 11102-1392 |
| 7977603 | + | Gregory Zapantis, c/o Zachary Scott Kaplan, c/o Sacco & Fillas, LLP, 31-19 Newtown Avenue, 7th Floor Astoria, NY 11102-1392 |
| 7986073 | + | REAL TIME RESOLUTIONS, INC., et al, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 7972682 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 15 2022 19:07:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 7961461 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 15 2022 19:07:00 | INTERNAL REVENUE SERVICE, CENTRAL INSOLVENCY UNIT, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 7965363 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 15 2022 19:14:56 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 7961462 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 15 2022 19:07:00 | NYS DEPT. OF TAX AND FIN., BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY 12205-0300 |
| 7963916 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 15 2022 19:07:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 7974970 | | Email/Text: bkdepartment@rtresolutions.com | Dec 15 2022 19:07:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, N.A., as servicer for THE BANK OF |
| cr | | Gregory Zapantis |
| cr | | New York State Department Of Taxation and Finance |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

22-22507-cgm    Doc 52    Filed 12/17/22    Entered 12/18/22 00:08:38    Imaged
Certificate of Notice    Pg 4 of 4

| District/off: 0208-7 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: pdf001 | Total Noticed: 14 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022         Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Enid Nagler Stuart | on behalf of Creditor New York State Department Of Taxation and Finance enid.stuart@ag.ny.gov  leo.gagion@ag.ny.gov |
| Krista M. Preuss | info@ch13kp.com  kpreuss13@ecf.epiqsystems.com |
| Lawrence Morrison | on behalf of Debtor Gerasimos Stefanitsis lmorrison@m-t-law.com info@m-t-law.com;r65639@notify.bestcase.com;scheduling@m-t-law.com;staylor@m-t-law.com |
| Morris Schlaf | on behalf of Creditor Gregory Zapantis mschlaf@saccofillas.com  mschlaf@recap.email |
| Peter Adel Lawrence, I | on behalf of Creditor REAL TIME RESOLUTIONS  INC., AS AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING plawrence@sterneisenberg.com, BKECF@sterneisenberg.com |
| Robyn E Goldstein | on behalf of Creditor Bank of America  N.A., as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-20T1, rgoldstein@msgrb.com, robyngoldstein@hotmail.com;cgaliano@msgrb.com;cellis@msgrb.com |
| Steven K Eisenberg | on behalf of Creditor REAL TIME RESOLUTIONS  INC., AS AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| Zachary Scott Kaplan | on behalf of Creditor Gregory Zapantis zkaplan@saccofillas.com |

TOTAL: 9