UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:
GERASIMOS STEFANITSIS                    Chapter 11
Debtor.                                  Case No. 22-22507-CGM

-------------------------------------------------------------------X

AFFIRMATION OF LAWRENCE MORRISON

I, Lawrence Morrison, declare and affirm, under the penalty of perjury, the following:

1.     On or around December 15, 2022, the Court entered that certain Order to Show Cause requiring counsel to "affirmation on the docket of this case containing the complete details of the transaction surrounding the payment of the $15,000 pre-petition fees, including but not limited to, the identity of the third party, and the nature of the relationship between this third party and Debtor and, any relationship between the third party and Counsel or his Firm."  See Order to Show Cause dated Dec. 15, 2022, Dkt. No. 50.

2.     In response to the Court's inquiries, on or around December 21, 2022, I filed the Declaration of Gerasimos Stefanitsis, which addressed each of the Court's questions (the "Stefanitsis Declaration").  However, in order to ensure that I am in compliance with both the spirit and language of the Order to Show Cause, I am filing this affirmation incorporating the content of the Stefanitsis Declaration as if made herein and affirming, to the best of my knowledge, information, and belief, that the contents thereof are true and correct.

3.     In addition, annexed hereto as Exhibit A is a copy of the retainer check issued by Ionio Seafood House discussed in the Stefanitsis Declaration.

Dated:  February 21, 2023	MORRISON TENENBAUM PLLC

By:  /s/ Lawrence F. Morrison
    Lawrence F Morrison

EXHIBIT A

| IONIO SEAFOOD HOUSE LLC | ALMA BANK | Check No. 39641 |
|---|---|---|
| 1 PERSHING CIRCLE | | |
| WEEHAWKEN, NJ 07086 | Date 07/13/22 | Amount $**15,000.00 |

Pay  FIFTEEN THOUSAND DOLLARS and 00 CENTS

TO THE ORDER OF:  Morris Tenenbaum Pllc
NY

⑊039641⑊ ⑈026014384⑈ 132000 2013⑊