UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:
GERASIMOS STEFANITSIS                                Chapter 11
Debtor.                                              Case No. 22-22507-CGM

-------------------------------------------------------------------X

## AFFIRMATION OF LAWRENCE MORRISON

I, Lawrence Morrison, declare and affirm, under the penalty of perjury, the following:

1. I have returned $5000 of the third-party retainer to the third-party payer Iona Seafood House LLC. A copy of the $5000 check is attached.

Dated:   February 27, 2023                MORRISON TENENBAUM PLLC

                                          By:   /s/ Lawrence F. Morrison
                                                Lawrence F Morrison

1432

**MORRISON TENENBAUM PLLC**
87 WALKER STREET, 2ND FL
NEW YORK, NY 10013

DATE 2/27/23

PAY TO THE ORDER OF: IONIO SEAFOOD HOUSE LLC    $ 5,000—

FIVE THOUSAND ONLY — DOLLARS

SIGNATURE BANK

STEFANITSIS

FOR: PARTIAL RETAINER REFUND

⑃001432⑃ ⑃026013576⑃ 1503500678⑃