UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------------X  
In re:  

**Gerasimos Stefanitsis**

Debtor.

Chapter 13

Case No. 22-22507

-------------------------------------------------------------------X

## ORDER TO REDACT PREVIOUSLY FILED DOCUMENTS

Upon the motion of the debtor to redact documents 54 and 55 is hereby;

ORDERED That documents number 54 and 55 are redacted.



/s/ Cecelia G. Morris  
_____  
**Hon. Cecelia G. Morris**  
**U.S. Bankruptcy Judge**

**Dated: March 31, 2023**  
**Poughkeepsie, New York**