## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No.  22-22507-CGM-13 |
|---|---|
| GERASIMOS STEFANITSIS | Chapter 13 |
| Debtor(s) | |

### CHAPTER 13 STANDING TRUSTEE'S FRBP 2012
### ACCOUNTING OF PRIOR ADMINISTRATION OF CASE
### AND REQUEST FOR DISCHARGE OF TRUSTEE

Krista M. Preuss, Trustee, and Thomas C. Frost, successor Trustee, for the above-captioned case, submits the following accounting of the administration of the estate for the period of the petition date through May 31, 2023, pursuant to 11 U.S.C. § 1302(b)(1) and Federal Rule of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | | |
|---|---|---|
| | Total paid by or on behalf of the debtor | $10,954.35 |
| | Less amount refunded to debtor | $9,858.91 |
| **NET RECEIPTS:** | | **$1,095.44** |

**Disbursements & Expense of Administration:**

| | | |
|---|---|---|
| | Attorney's Fees Paid Through the Plan | $0.00 |
| | Court Costs | $0.00 |
| | Trustee Expenses & Compensation | $1,095.44 |
| | Other | $0.00 |
| | Secured Creditors | $0.00 |
| | Priority Creditors | $0.00 |
| | General Unsecured Creditors | $0.00 |
| **Total Disbursements & Expense of Administration:** | | **$1,095.44** |

| | |
|---|---|
| **Balance Transferred to Successor Trustee** | **$0.00** |

Krista M. Preuss, Trustee certifies that the foregoing summary is true and complete, and all administrative matters for which this trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee, Krista M. Preuss, and grants such other relief as may be just and proper.

Thomas C. Frost, successor Trustee, hereby certifies that the foregoing summary is accurate and files this report as the accounting for the estate in compliance with Federal Rule of Bankruptcy Procedure 2012.

Dated: 05/31/2023

/s/ Krista M. Preuss
Trustee

/s/ Thomas C. Frost
Successor Trustee