**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Gerasimos Stefanitsis<br> aka   Jerry Stephanitsis | CASE NO.: 22−22507−cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−2087 | CHAPTER: 13 |

---

# ORDER DISCHARGING TRUSTEE

The petition of the above named debtor has been dismissed and the chapter 13 trustee has submitted the final report.

IT IS ORDERED THAT:

Thomas C. Frost is discharged as trustee of the estate of the above named debtor(s) and this chapter 13 case is closed.

Dated: September 5, 2023                                                              Cecelia G. Morris, Bankruptcy Judge

United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re: | Case No. 22-22507-cgm |
| Gerasimos Stefanitsis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0208-7     User: admin     Page 1 of 2
Date Rcvd: Sep 05, 2023     Form ID: 128     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gerasimos Stefanitsis, 234 Union Avenue, Harrison, NY 10528-1605 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: INFO@CH13KP.COM | Sep 05 2023 19:27:00 | Krista M. Preuss, Chapter 13 Standing Trustee, 399 Knollwood Road, White Plains, NY 10603-1931 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2023     Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Enid Nagler Stuart | on behalf of Creditor New York State Department Of Taxation and Finance enid.stuart@ag.ny.gov leo.gagion@ag.ny.gov |
| Lawrence Morrison | on behalf of Debtor Gerasimos Stefanitsis lmorrison@m-t-law.com info@m-t-law.com;r65639@notify.bestcase.com;scheduling@m-t-law.com;staylor@m-t-law.com |
| Morris J. Schlaf | on behalf of Creditor Gregory Zapantis mschlaf@saccofillas.com mschlaf@recap.email |

| | | |
|---|---|---|
| District/off: 0208-7 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 05, 2023 | Form ID: 128 | Total Noticed: 2 |

Peter Adel Lawrence, I
    on behalf of Creditor REAL TIME RESOLUTIONS  INC., AS AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING plawrence@sterneisenberg.com, BKECF@sterneisenberg.com

Robyn E Goldstein
    on behalf of Creditor Bank of America  N.A., as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-20T1, rgoldstein@msgrb.com, robyngoldstein@hotmail.com;cgaliano@msgrb.com;cellis@msgrb.com

Steven K Eisenberg
    on behalf of Creditor REAL TIME RESOLUTIONS  INC., AS AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Thomas C. Frost
    info@FrostSDNY13.com  tfrost13@ecf.epiqsystems.com

United States Trustee
    USTPRegion02.NYECF@USDOJ.GOV

Zachary Scott Kaplan
    on behalf of Creditor Gregory Zapantis zkaplan@saccofillas.com

TOTAL: 9